Lewis E. Hudnell, III (CASBN 218736)
Colvin Hudnell LLP
375 Park Avenue Suite 2607
New York, New York 10152
Telephone: 212.634.6844
Facsimile: 347.772.3034
lewis@colvinhudnell.com

Attorneys for Defendant
RPost Holdings, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TREND MICRO INCORPORATED, | Case No. 3:13-cv-5227-WHO |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| RPOST HOLDINGS, INC., et al. | |
| Defendants. | **(Civil L.R. 6-1(a))** |

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
3:13-cv-5227-WHO

1

Under Civil L.R. 6-1(a), Defendant RPost Holdings, Inc. and Plaintiff submit this Stipulation to Extend Time to Answer or Otherwise Respond to Complaint. RPost Holdings, Inc. was served on November 13, 2013. On November 20, 2013, Trend Micro returned the executed summons and the Court docketed that RPost Holdings' answer is due by December 4, 2013. The parties agree to extend that the deadline to answer or otherwise respond thirty (30) days and that RPost Holdings' responsive pleading shall be due no later than January 3, 2014. The parties enter into this stipulation in the interest of justice and not delay. No previous time modifications have been made in this case. The extension will not alter the date of any event or any deadline already fixed by Court Order.

Dated: December 4, 2013                           Respectfully submitted,


*/s/ Andrew Valentine (with permission)*          */s/ Lewis E. Hudnell, III*
Mark Fowler                                       Lewis E. Hudnell, III (CASBN 218736)
mark.fowler@dlapiper.com                          Colvin Hudnell LLP
Andrew Valentine                                  375 Park Avenue Suite 2607
andrew.valentine@dlapiper.com                     New York, New York 10152
Erik Fuehrer                                      Telephone: 212.634.6844
erik.fuerher@dlapiper.com                         Facsimile: 347.772.3034
Jonathan Hicks                                    lewis@colvinhudnell.com
jonathan.hicks@dlapiper.com
Robert Buergi                                     Attorneys for Defendant
robert.buergi@dlapiper.com                        RPost Holdings, Inc.
DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, California 94303
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff
Trend Micro Incorporated