UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO INCORPORATED,, <br><br> Plaintiff, <br><br> v. <br><br> RPOST HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 13-cv-05227-VC <br><br> **ORDER** |

The parties are directed to submit, by **May 20, 2014**, a joint proposed case management schedule in which claim construction does not occur until summary judgment motions are filed. In addition, a case management conference will be held in this case before the Honorable Vince Chhabria on **July 25, 2014** at **10:30 a.m.** in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
VINCE CHHABRIA
United States District Judge