IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO INCORPORATED, | No. C 13-5227 VC |
|     Plaintiff, | JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
|   v. | |
| RPOST HOLDINGS, INC., et al., | |
|     Defendants. | |
| SYMANTEC CORPORATION, | No. C 14-0238 RS |
|     Plaintiff, | |
|   v. | |
| RPOST HOLDINGS, INC., et al., | |
|     Defendants. | |
| MIS SCIENCES CORP, | No. C 14-0376 CW |
|     Plaintiff, | |
|   v. | |
| RPOST COMMUNICATIONS LIMITED, et al., | |
|     Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above referenced case to Judge Vince Chhabria to consider whether they are related.  The parties may respond to

this referral in a brief submitted in accordance with the requirements set forth in Civil Local Rule 7-11(b).

Dated: 6/4/2014

```
                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge
```