UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREND MICRO INCORPORATED,,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS, INC., et al.,<br><br>Defendants.<br><br>AND RELATED CASES:<br><br>MIS Sciences Corporation v. RPost Communications Limited et al, case number 14-cv-00376-VC;<br><br>RPost Holdings Inc et al v. Trend Micro Incorporated, case number 14-cv-02824-VC;<br><br>Symantec Corporation v. RPost Holdings, Inc. et al, case number 14-cv-00238-VC | Case No. 13-cv-05227-VC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference is scheduled for December 8, 2015. The Court is not inclined to stay these cases beyond that date, even if there is yet another continuance of the state court trial. Accordingly, in their case management statement, which should be filed seven days before the conference, the parties should operate under the assumption that the stay will be lifted and propose a plan for how to proceed.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
VINCE CHHABRIA
United States District Judge