JEFFREY M. VUCINICH, ESQ. BAR#: 67906
ELIZABETH D. RHODES, ESQ. BAR#: 218480
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants/Counterclaim Plaintiffs
RPOST HOLDING, INC.
RPOST COMMUNICATIONS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS, INC., et al.<br><br>Defendants. | Case No. 3:14-cv-238-VC-JCS<br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR STAY PENDING APPEAL IN RELATED MATTER**<br><br>**Date:** _____<br>**Time:** _____<br>**Place: Courtroom 4, 17th Floor**<br>**Judge: Hon. Vincent Chhabria** |
| TREND MICRO INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS, INC., et al.<br><br>Defendants. | Case No. 3:13-cv-5227-VC (JCS) |
| RPOST HOLDINGS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TREND MICRO INCORPORATED,<br><br>Defendant. | Case No. 3:14-cv-2824-VC (JCS) |

Pursuant to Civil Local Rule 6-2, Trend Micro Incorporated ("Trend Micro"), Symantec Corporation ("Symantec"), and RPost Holdings Inc., and RPost Communications Limited (collectively, "RPost") respectfully submit the following Stipulated Request and Proposed Order to stay further proceedings pending final resolution of the appeal of a decision in a related matter.

Good cause exists for this Stipulated Request as follows:

1. On December 8, 2017, the United States District Court for the District of Massachusetts entered judgment against RPost in *Sophos, Inc. v. RPost Holdings, Inc. and RPost Communications Limited*, No. 13-12856-DJC, on the ground that claims 14, 19, 24, 26, 27, and 30 of U.S. Patent No. 8,504,628 ("the '628 patent") are invalid.

2. On January 5, 2018, RPost filed a notice of appeal of the decision in *Sophos*, and the appeal is pending as Case No. 18-1392 in the United States Court of Appeals for the Federal Circuit.

3. The claims asserted against Symantec and Trend Micro are claims 14, 15, 19, 23, 24, 26, 27, and 30 of the '628 patent. Of those claims, the decision in *Sophos* invalidated claims 14, 15, 24, 26, 27, and 30. Dependent claims 15 and 23 of the '628 patent were not at issue in *Sophos*.

4. In this matter, the Court scheduled a tutorial on the technology at issue and a hearing on pending motions regarding the validity and construction of the '628 patent for March 7, 2018, and the Court scheduled a hearing on other pending issues for May 16, 2018. The Court has indicated that the March 7, 2018 hearing must be rescheduled. Whether the decision in *Sophos* will be affirmed or reversed by the Federal Circuit will determine the scope of the claims at issue here and therefore will determine the content of the tutorial and the issues before the Court in the upcoming hearings.

5. On February 2, 2018, the parties in this matter met and conferred telephonically regarding the impact of the decision in *Sophos* on this matter. The parties have agreed to request this stay of further proceedings in this matter while the appeal remains pending.

6. Symantec and RPost have agreed that the requested stay will apply to all claims in this matter, including those relating to the '628 patent asserted by RPost and U.S. Patent No. 6,442,686 asserted by Symantec.

7. Staying further proceedings in this matter will not cause prejudice to the parties, and it will further judicial efficiency by avoiding the potential of multiple or unnecessary hearings in this matter. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936); *Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) (A court may "find it efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which may bear upon the case").

WHEREFORE, the parties respectfully request that the Court grant this Stipulated Request and stay further proceedings in the above-captioned matters pending final resolution of the appeal of *Sophos, Inc. v. RPost Holdings, Inc. and RPost Communication Limited*, Case No. 18-1392 in the United States Court of Appeals for the Federal Circuit.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 15, 2018

Respectfully Submitted,

*/s/ Elizabeth D. Rhodes*
Elizabeth D. Rhodes
Clapp Moroney Vucinich Beeman & Scheley
1111 Bayhill Drive, Suite 300
San Bruno, California 94066
T: 650.989-5400
F: 650-989-5499
E: erhodes@clappmoroney.com

*/s/ Roland Tong with permission*
Roland Tong
Law Office of Roland Tong, PC
7700 Irvine Center Drive, Suite 800
Irvine, California 92618
Main: (949) 298-4080
Direct: (949) 298-4081

Email: roland@rtlawoffices.com

*/s/ Thomas P. O'Connell with permission*
Thomas P. O'Connell
O'Connell Law Office
1026A Massachusetts Avenue
Arlington, MA 02476
Tel: 781.643.1845
Fax: 781.643.1846
Email: tpo@oconnellusa.com

Attorneys for
RPost Communications Limited
RPost Holdings, Inc.

Dated: February 15, 2018              DLA PIPER LLP (US)


                                      By: */s/ Andrew P. Valentine*
                                         MARK FOWLER
                                         ANDREW P. VALENTINE
                                         ROBERT BUERGI
                                         ERIK R. FUEHRER
                                         JONATHAN H. HICKS

                                      Attorneys for
                                      Trend Micro Incorporated


Dated: February 15, 2018              FENWICK & WEST LLP


                                      By: */s/ Michael J. Sacksteder*
                                         Michael J. Sacksteder
                                         Attorneys for
                                         SYMANTEC CORPORATION

STIPULATED REQUEST AND [PROPOSED] ORDER FOR
STAY PENDING APPEAL IN RELATED MATTER
3:14-cv-238-VC-JCS

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that the Court stays the above-captioned proceedings pending final resolution of *Sophos, Inc. v. RPost Holdings, Inc. and RPost Communication Limited*, Case No. 18-1392 in the United States Court of Appeals for the Federal Circuit.

IT IS SO ORDERED.

Dated: February 22, 2018

Hon. Vince Chhabria
United States District Court Judge

STIPULATED REQUEST AND [PROPOSED] ORDER FOR
STAY PENDING APPEAL IN RELATED MATTER
3:14-cv-238-VC-JCS