MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
DARGAYE CHURNET (CSB No. 303659)
dchurnet@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

GEOFFREY MILLER (CSB No. 308676)
gmiller@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: 212.921.2001
Facsimile: 650.938.3200

Attorneys for Plaintiff Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS INC., et al.,<br><br>Defendants. | Case No.: 3:14-cv-00238 VC-JCS<br><br>**STIPULATION AND [PROPOSED]　ORDER OF DISMISSAL OF ALL CLAIMS** |
| TREND MICRO INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS INC., et al.,<br><br>Defendants. | Case No. 3:13-cv-5227-VC (JCS) |
| RPOST HOLDINGS INC., et al.,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED,<br><br>Defendants. | Case No. 3:14-cv-2824-VC (JCS) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c) and Civil Local Rule 7-12, Symantec Corporation, Trend Micro Incorporated, and RPost Holdings Inc. and RPost Communications Limited, by and through undersigned counsel, hereby stipulate that this action and all claims, counterclaims, and affirmative defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: October 7, 2019 **FENWICK & WEST LLP**

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder

Attorneys for
Symantec Corporation

Dated: October 7, 2019 **DLA PIPER LLP (US)**

By: */s/ Andrew P. Valentine*
Andrew P. Valentine

Attorneys for
Trend Micro Incorporated

Dated: October 7, 2019 **ANDYHART P.C.**

By: */s/ Meredith M. Addy*
Meredith M. Addy

Attorneys for
RPost Communications Limited and
RPost Holdings Inc.

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 7, 2019 */s/ Michael J. Sacksteder*
Michael J. Sacksteder

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 23, 2019

_____
The Honorable Vince Chhabria
United States District Court Judge